The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 24-101 RSL |
| Plaintiff, | UNOPPOSED MOTION AND [ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |
| v. | |
| RAGHAD ALMANSURI, | |
| Defendant. | |

Pursuant to CrR 62.2(b), Defendant Raghad Almansuri ("Defendant") moves this Court for an order permitting Ralph Hurvitz to withdraw as counsel of record for Defendant, and to be substituted by Jeffrey B. Coopersmith and Maia R. Robbins of Corr Cronin LLP, 1015 Second Avenue, Floor 10, Seattle, WA 98104.

Attorney for Plaintiff United States of America ("Plaintiff"), Rachel Yemini, Assistant United States Attorney, does not oppose this motion.

DATED:  June 2, 2025                         CORR CRONIN LLP


*s/ Jeffrey B. Coopersmith*
Jeffrey B. Coopersmith, WSBA No. 30954

UNOPPOSED MOTION AND ORDER
FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 1
(No. CR 24-101 RSL)

*s/ Maia R. Robbins*
Maia R. Robbins, WSBA No. 54451
1015 Second Avenue, Floor 10
Seattle, Washington  98104-1001
Ph: (206) 625-8600 | Fax: (206) 625-0900
jcoopersmith@corrcronin.com
mrobbins@corrcronin.com

*Subsituting Attorneys for Defendant*

*s/ Ralph Hurvitz*
Ralph Hurvitz, WSBA No. 7365
P.O. Box 25642
Seattle, WA 98165
Ph: (206) 223-1747
Email: ralph@hurvitz.com

*Withdrawing Attorney for Defendant*

ORDER

Based on the foregoing Stipulated Motion,

IT IS SO ORDERED.

DATED this 5th day of June, 2025.

Robert S. Lasnik
United States District Judge

UNOPPOSED MOTION AND ORDER
FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 2
(No. CR 24-101 RSL)

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1  Presented by:

2  CORR CRONIN LLP

3

4  *s/ Jeffrey B. Coopersmith*
   Jeffrey B. Coopersmith, WSBA No. 30954

5  Maia R. Robbins, WSBA No. 54451
   1015 Second Avenue, Floor 10

6  Seattle, Washington 98104-1001
   Ph: (206) 625-8600 | Fax: (206) 625-0900

7  jcoopersmith@corrcronin.com
   mrobbins@corrcronin.com

8
   *Substituting Attorneys for Defendant*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

UNOPPOSED MOTION AND ORDER
FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 3
(No. CR 24-101 RSL)