The Hon. Robert S. Lasnik

1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10  UNITED STATES OF AMERICA,

11                     Plaintiff,

12              v.

13  RAGHAD ALMANSURI,

14                     Defendant.

15

16

NO. CR24-101 RSL

**ORDER
AUTHORIZING CLERK
OF COURT TO
DISBURSE FUNDS**

17          THIS MATTER comes before the Court on the parties' stipulated motion to

18  authorize the Clerk of Court to disburse funds toward criminal monetary impositions.

19          After reviewing the stipulated motion, and finding good cause, the Court enters the

20  following ORDER:

21          Pursuant to Local Criminal Rule 38, the Clerk of Court is directed to draw a check

22  on the funds deposited in the registry of this court in the principal amount of

23  $746,931.74, plus all accrued interest, to be applied to the criminal monetary impositions

24  imposed in this case.

25

26

27

Order Authorizing Clerk of Court to Disburse Funds - 1
*United States v. Raghad Almansuri*, CR24-101 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED:  October 30, 2025.

THE HON. ROBERT S. LASNIK
United States District Judge

Presented by:

*s/Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney

*s/Maia R. Robbins*
JEFFREY B. COOPERSMITH
MAIA R. ROBBINS
Attorneys for Defendant Raghad Almansuri

Order Authorizing Clerk of Court to Disburse Funds - 2
*United States v. Raghad Almansuri*, CR24-101 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970